UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMONT C. CHERRY,<br><br>                    Plaintiff,<br><br>       -against-<br><br>THE CITY OF NEW YORK, ET AL,<br><br>                    Defendants. | 25-cv-7497 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the September 17, 2025, order, the Court dismisses Plaintiff's complaint as duplicative of Lamont v. City of New York, No. 25-CV-7477 (LTS).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 18, 2025
             New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge